

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

# FILED

Dec 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

United States Courts
Southern District of Texas
FILED

January 15, 2021

Nathan Ochsner, Clerk of Court

DAVID L. ANDERSON (CABN 149604)
United States Attorney

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION  4:21-cr-0085

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR20-481 RS |
| Plaintiff, | |
| v. | **VIOLATIONS:**<br>18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud;<br>18 U.S.C. § 1343 – Wire Fraud (Three Counts);<br>18 U.S.C. § 1957 – Money Laundering (Two Counts);<br>18 U.S.C. §§ 981, 982, and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| JOSEPH ALBERT COREY, | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

At all times relevant to this Indictment:

### DEFENDANT AND RELEVANT ENTITIES

1.      From in or about 2018 to in or about March 2020, Defendant JOSEPH ALBERT COREY resided in or around San Francisco, California and in or around Los Angeles, California. In or about March 2020, COREY left the Los Angeles area for Mexico.

2.      Intuitive Surgical, Inc. was a publicly traded company incorporated in Delaware in or about December 1995 that sold medical devices and equipment.

INDICTMENT

1    3.    Intuitive Holdings, LLC was a company incorporated in California in or about September
2    2014. It had no relationship with Intuitive Surgical, Inc.

3    4.    Equicare Medical Supply Inc. was a company incorporated in California in or about
4    November 1994 that sold medical devices and equipment.

5    5.    Comerica was a federally insured financial institution incorporated in Texas.

6    6.    The Bank of America Corporation was a federally insured financial institution
7    incorporated in North Carolina.

8    7.    North Star Leasing Company was a financial institution incorporated in Vermont.

9    8.    HomeTrust Bank was a federally insured financial institution incorporated in North
10   Carolina.

11   9.    Pawnee Leasing Corporation was a financial institution incorporated in Colorado.

12   10.   Crestmark Vendor Finance was a subsidiary of Metabank, a federally insured financial
13   institution incorporated in South Dakota.

14   THE SCHEME AND ARTIFICE TO DEFRAUD

15   11.   Beginning on a date unknown but no later than March 2019, and continuing through a
16   date unknown but to at least October 1, 2020, COREY and others, known and unknown to the grand
17   jury, did knowingly conspire to devise and intend to devise a scheme and artifice to defraud as to a
18   material matter, and to obtain money and property by means of materially false and fraudulent pretenses,
19   representations, and promises, and by omission and concealment of material facts, and, for the purpose
20   of executing such scheme or artifice did transmit, and cause to be transmitted, by means of wire
21   communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds.

22   12.   COREY and others, known and unknown to the grand jury, participated in, devised, and
23   intended to devise a fraudulent medical device loan scheme whereby they defrauded lenders using the
24   following manner and means, among others: (1) unlawfully using the identity of a real doctor to apply
25   for a loan; (2) falsely representing to the lender that the loan was for the purchase of a medical device;
26   (3) including in the loan application a quote for a medical device, seemingly from a legitimate medical
27   device company; (4) renting a mailbox address and opening bank accounts in a company name that
28   closely resembled or was identical to that of the legitimate medical device company; and (5) to enhance

INDICTMENT                                          2

1  the legitimate appearance of their loan application, having the lenders wire the loan amount directly to a

2  bank account in the company name that closely resembled or was identical to that of the legitimate

3  medical device company.

4  <u>THE EXECUTION OF THE WIRE FRAUD SCHEME</u>

5  <u>Fraudulent Loans in 2019</u>

6      13.    On or about March 8, 2019, under the alias Aaron Schwartz, COREY rented a mailbox

7  with Executive Base Network (EBN) at 111 Deerwood Road, Suite 200, San Ramon, California, in the

8  name of Intuitive Holdings, LLC. The application listed Aaron Schwartz as the President/Owner of

9  Intuitive Holdings, LLC and as the only individual authorized to pick up mail for that mailbox.

10      14.    On or about March 8, 2019, under the alias Aaron Schwartz, COREY opened a Comerica

11  bank account in the name of Intuitive Holdings, LLC ending in 0537 (the "Comerica 0537 bank

12  account"). The mailing address for this account was the EBN rental mailbox at 111 Deerwood Road,

13  Suite 200, San Ramon, California.

14      15.    On or about April 9, 2019, a loan application to North Star Leasing Company was

15  unlawfully submitted using the identity for Dr. D.M. The true Dr. D.M., whose identity is known to the

16  grand jury, did not submit the application. The loan was purportedly for the purchase of a Da Vinci

17  medical device manufactured by Intuitive Surgical, Inc.

18      16.    The loan application provided that if the loan was approved, North Star Leasing

19  Company should wire the money to the Comerica 0537 bank account. The application identified the

20  name on this account only as "Intuitive." After approving the loan application, North Star Leasing

21  Company wired $100,050 to the Comerica 0537 bank account on or about April 18, 2019.

22      17.    On or about April 15, 2019, a loan application to HomeTrust Bank was unlawfully

23  submitted using the identity for Dr. M.M. The true Dr. M.M., whose identity is known to the grand jury,

24  did not submit the application. The loan was purportedly for the purchase of the same Da Vinci medical

25  device manufactured by Intuitive Surgical, Inc.

26      18.    The loan application provided that if the loan was approved, HomeTrust Bank should

27  wire the money to the Comerica 0537 bank account. The application identified the name on this account

28  only as "Intuitive." After approving the loan application, HomeTrust Bank wired $106,760 to the

INDICTMENT                           3

1  Comerica 0537 bank account on or about April 17, 2019.

2      19.    On or about April 17, 2019, a loan application to Pawnee Leasing Corporation was

3  unlawfully submitted using the identity for Dr. I.S. The true Dr. I.S., whose identity is known to the

4  grand jury, did not submit the application. The loan was purportedly for the purchase of the same Da

5  Vinci medical device manufactured by Intuitive Surgical, Inc.

6      20.    The loan application provided that if the loan was approved, Pawnee Leasing Corporation

7  should wire the money to the Comerica 0537 bank account. The application identified the name on this

8  account only as "Intuitive." After approving the loan application, Pawnee Leasing Corporation wired

9  $96,000 to the Comerica 0537 bank account on or about April 18, 2019.

10  <u>Continuing Fraudulent Loans in 2020</u>

11      21.    On or about June 19, 2020, under the alias Jason Levy and in furtherance of the scheme

12  to defraud, a mailbox was rented at Water Garden Business Center, 5755 Oberlin Drive, Suite 301, San

13  Diego, California.

14      22.    On or about July 29, 2020, a loan application to Crestmark Vendor Finance was

15  unlawfully submitted using the identity for Dr. E.K. The true Dr. E.K., whose identity is known to the

16  grand jury, did not submit the application. The loan was purportedly for the purchase of a medical

17  device sold by Equicare Medical Supply Inc.

18      23.    The loan application provided that if the loan was approved, Crestmark Vendor Finance

19  should wire the money to a Bank of America account ending in 7411 (the "BOA 7411 bank account").

20  That account was in the name of "Equicare Medical Supply Inc.," but it did not belong to the legitimate

21  medical device vendor. The account had been opened about six weeks earlier on or about June 18, 2020.

22  After approving the loan application, Crestmark Vendor Finance wired $96.767.73 to the BOA 7411

23  bank account on or about August 26, 2020.

24      24.    On or about August 27, 2020, $80,000 was transferred from the BOA 7411 bank account

25  to another account at Bank of America ending in 7453 (the "BOA 7453 bank account"). Like the BOA

26  7411 bank account, the BOA 7453 bank account was opened with Bank of America on or about June 18,

27  2020 in the name of "Equicare Medical Supply Inc."

28

INDICTMENT                    4

## LAUNDERING OF THE PROCEEDS OF THE WIRE FRAUD

1

25. Beginning on a date unknown but no later than in or about April 2019, and continuing
through in or about October 2020, COREY and others known and unknown to the grand jury laundered
the proceeds of the fraudulent loan scheme described above through purchases of gold from precious-
metals dealers. Money that had been wired to the fraudulent medical device company bank accounts was
used to pay for orders of gold. In some instances, the purchased gold was re-sold within a short time
period to a different precious-metals dealer. These transactions were designed to conceal and disguise
the nature, the location, the source, the ownership, and the control of the proceeds of the wire fraud.
Certain transactions, including the following, involved criminally derived property of a value greater
than $10,000.

26. On or about April 18, 2019, COREY purchased $68,649.88 worth of gold from precious-
metals dealer Colorado Gold. The order was shipped to the rental mailbox at 111 Deerwood Road, Suite
200, San Ramon, California. The payment to Colorado Gold was made with a paper check drawn
against the Comerica 0537 bank account and signed by "Aaron Schwartz." COREY picked up the gold
at 111 Deerwood Road, Suite 200, San Ramon, California on or about May 1, 2019.

27. On or about April 18, 2019, COREY purchased $68,903.63 worth of gold from precious-
metals dealer Buy Gold and Silver Coins. The order was shipped to the rental mailbox at 111 Deerwood
Road, Suite 200, San Ramon, California. The payment to Buy Gold and Silver Coins was made with a
paper check drawn against the Comerica 0537 bank account and signed by "Aaron Schwartz." COREY
picked up the gold at 111 Deerwood Road, Suite 200, San Ramon, California on or about May 2, 2019.

28. On or about September 2, September 8, and September 10, 2020, respectively, three
separate gold orders, totaling nearly $130,000, were placed with precious-metals dealer William
Youngerman Inc. Those orders were paid for using the BOA 7411 bank account and the BOA 7453
bank account. All three orders were shipped to the rental mailbox at 5755 Oberlin Drive, Suite 301, San
Diego, California.

29. On or about September 9 and September 11, 2020, an individual using the alias "Enzo"
sold $36,200 and $21,000, respectively, worth of gold to precious-metals dealer Northridge Gold Mine.
The checks received from the sales were deposited into a bank account in the name of a company whose

INDICTMENT 5

1  sole owner and authorized signatory was a known associate of COREY and a person whose identity is

2  known to the grand jury.

3       30.   On or about September 28, 2020, a payment for $118,350 from the BOA '453 bank

4  account was sent to William Youngerman Inc. for another purchase of gold. In consultation with law

5  enforcement, William Youngerman Inc. shipped a ruse package to the mailbox at 5755 Oberlin Drive,

6  Suite 301, San Diego, California.

7       31.   On or about October 1, 2020, while attempting to take possession of the ruse package

8  COREY's known associate and the person referenced in paragraph 29 above, fled from the scene and

9  drove to Mexico.

10  <u>COUNT ONE:</u>     (18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud)

11       32.   Paragraphs 1 through 24 of this Indictment are re-alleged and incorporated as if fully set

12  forth here.

13       33.   Beginning at a date unknown but no later than March 2019, and continuing through a

14  date unknown but to at least October 1, 2020, in the Northern District of California and elsewhere, the

15  defendant,

16                  JOSEPH ALBERT COREY,

17  and others, known and unknown to the grand jury, did knowingly conspire to devise and intend to devise

18  a scheme and artifice to defraud as to a material matter and to obtain money and property by means of

19  materially false and fraudulent pretenses, representations, and promises, and by omission and

20  concealment of material facts, and, for the purpose of executing such scheme or artifice and attempting

21  to do so, did transmit, and cause to be transmitted, by means of wire communication in interstate and

22  foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United

23  States Code, Section 1343.

24       All in violation of Title 18, United States Code, Section 1349.

25  <u>COUNTS TWO THROUGH FOUR:</u>     (18 U.S.C. § 1343 – Wire Fraud)

26       34.   Paragraphs 1 through 24 of this Indictment are re-alleged and incorporated as if fully set

27  forth here.

28       35.   Beginning at a date unknown but no later than in or about March 2019, and continuing

INDICTMENT                6

1  through a date unknown but to at least October 1, 2020, in the Northern District of California and

2  elsewhere, the defendant,

3  JOSEPH ALBERT COREY,

4  knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and

5  artifice to defraud as to a material matter, and to obtain money and property by means of materially false

6  and fraudulent pretenses, representations, and promises, and by means of omission and concealment of

7  material facts.

8      36.    On or about the dates listed in the table below, such dates being approximate, in the

9  Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme

10  and artifice to defraud, and attempting to do so, the defendant did knowingly transmit and cause to be

11  transmitted in interstate and foreign commerce, by means of a wire communication, certain writings,

12  signs, signals, pictures, and sounds:

| Count | Approximate Date | Description of the Monetary Transaction |
|-------|-----------------|------------------------------------------|
| 2 | April 18, 2019 | Approximately $100,050 wire transfer via Fedwire from North Star Leasing Company to Comerica bank account ending in 0537 |
| 3 | April 17, 2019 | Approximately $106,760 wire transfer via Fedwire from HomeTrust Bank to Comerica bank account ending in 0537 |
| 4 | April 18, 2019 | Approximately $96,000 wire transfer via Fedwire from Pawnee Leasing Corporation to Comerica bank account ending in 0537 |

19      All in violation of Title 18, United States Code, Section 1343.

20  <u>COUNTS FIVE AND SIX:</u>  (18 U.S.C. § 1957 – Money Laundering)

21      37.    Paragraphs 1 through 10 and 25 through 31 of this Indictment are re-alleged and

22  incorporated as if fully set forth here.

23      38.    On or about the dates listed in the table below, such dates being approximate, in the

24  Northern District of California and elsewhere, the defendant,

25  JOSEPH ALBERT COREY,

26  knowingly engaged in the following monetary transactions, in and affecting interstate and foreign

27  commerce, which involved the proceeds of specified unlawful activity in excess of $10,000, specifically,

28  wire fraud, in violation of 18 U.S.C. § 1343, knowing that the property involved in the financial

INDICTMENT                   7

transactions represented the proceeds of some form of unlawful activity, as follows:

| Count | Approximate Date | Description of the Monetary Transaction |
|-------|------------------|----------------------------------------|
| 5 | April 18, 2019 | Purchase of gold from Colorado Gold with payment of $68,649.88 from Comerica bank account ending in 0537 |
| 6 | April 18, 2019 | Purchase of gold from Buy Gold and Silver Coins with payment of $68,903.63 from Comerica bank account ending in 0537 |

All in violation of Title 18, United States Code, Section 1957.

FORFEITURE ALLEGATION:          (18 U.S.C. §§ 981, 982, and 28 U.S.C. § 2461(c))

39.     The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981, 982, and Title 28, United States Code, Section 2461(c).

Upon conviction for any of the offenses set forth in this Indictment, the defendant,

JOSEPH ALBERT COREY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981, 982, and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations, including but not limited to money and property taken by COREY and/or a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//

INDICTMENT                                    8

1   All pursuant to Title 18, United States Code, Sections 981, 982 and Title 28, United States Code,

2   Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

3

4   DATED: December 15, 2020                          A TRUE BILL.

5

6                                                     _/s/_____

7                                                     FOREPERSON

8   DAVID L. ANDERSON
    United States Attorney

9

10   _/s/ Mohit Gourisaria_

11   MOHIT GOURISARIA
     Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                     9

<u>PENALTY SHEET ATTACHMENT</u>

<u>Count One</u>

    18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
    Maximum Penalties: 30 years' imprisonment (18 U.S.C. § 1343)
                    $1,000,000 fine (*Id.*)
                    5 years of supervised release (18 U.S.C. § 3583(b)(1))
                    $100 special assessment (18 U.S.C. § 3013)

<u>Counts Two, Three, and Four</u>

    18 U.S.C. § 1343 – Wire Fraud
    Maximum Penalties: 30 years' imprisonment (18 U.S.C. § 1343)
                    $1,000,000 fine (*Id.*)
                    5 years of supervised release (18 U.S.C. § 3583(b)(1))
                    $100 special assessment (18 U.S.C. § 3013)

<u>Counts Five and Six</u>

    18 U.S.C. § 1957 – Money Laundering
    Maximum Penalties: 10 years' imprisonment (18 U.S.C. § 1957(b)(1))
                    $250,000 or twice the amount of the criminally derived proceeds
                    (18 U.S.C. 3571(b)(3); 18 U.S.C. § 1957(b)(2))
                    3 years of supervised release (18 U.S.C. § 3583(b)(2))
                    $100 special assessment (18 U.S.C. § 3013)

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

**DAVID L. ANDERSON (CABN 149604)**
United States Attorney

**HALLIE HOFFMAN (CABN 210020)**
Chief, Criminal Division

**MOHIT GOURISARIA (CABN 320754)**
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    FAX: (415) 436-7234
    Mohit.Gourisaria@usdoj.gov

Attorneys for United States of America

```
FILED

Dec 16 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

United States Courts
Southern District of Texas
FILED

January 15, 2021

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

**4:21-cr-0085**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: CR20-481 RS |
| Plaintiff, | ) |
| | ) MOTION TO SEAL |
| v. | ) AND [~~PROPOSED~~] ORDER |
| | ) |
| JOSEPH ALBERT COREY, | ) UNDER SEAL |
| Defendant. | ) |
| | ) |

       The United States, by and through its counsel, Assistant United States Attorney Mohit

Gourisaria, moves this Court for an order sealing this Motion, this Sealing Order, the Indictment, and

other related documents in the above-referenced investigation. Disclosure of the specified documents

may cause the subjects of the Indictment to flee, destroy evidence, or conceal ongoing criminal activity,

jeopardizing the progress of the ongoing investigation and the arrest of the defendant.

       Accordingly, the United States requests that the Court seals these documents, except that the

Clerk of Court shall provide copies of the sealed documents to employees of the United States

Attorney's Office. The United States further requests that the United States Attorney's Office be

permitted to share these documents as necessary to comply with its discovery obligations, and with the

Federal Bureau of Investigation, which should be allowed to share the results of the investigation with

[PROPOSED] SEALING ORDER                 1                 v. 12/22/2020

other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

DATED: December 15, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Mohit Gourisaria
Mohit Gourisaria
Assistant United States Attorney

## [PROPOSED] ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's Motion, Indictment, this Sealing Order, and other related documents in this case shall be sealed, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation, which should be allowed to share the results of the investigation with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

IT IS SO ORDERED.

DATED:   December 15, 2020

HON. LAUREL BEELER
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  CR20-481 RS |
| Joseph Albert Corey | ) |
| | ) **4:21-cr-0085** |
| | ) |
| | ) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Joseph Albert Corey                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☒ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud
Counts 2-4: 18 U.S.C. § 1343 - Wire Fraud
Counts 5, 6: 18 U.S.C. § 1957 - Money Laundering

Date:     12/15/2020

_Issuing officer's signature_

City and state:     San Francisco, CA

Hon. Laurel Beeler, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____ |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |